UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RENAE McMATH,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　Defendant. | CASE NO. 13-cv-05258 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

　　(3)　**JUDGMENT** is for plaintiff and the case should be closed.

　　(4)　The Clerk is directed to send copies of this Order to counsel of record.

Dated this 14th day of May, 2014.

　　　　　　　　　　　　　　　　_/s/ Ronald B. Leighton_
　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE